IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY TOMPKINS**                                                                    **PLAINTIFF**

vs.                                     No. 4:20-cv-1237-BSM

**K & U PROPERTIES, INCORPORATED,**                                 **DEFENDANTS**
and **CONWAY MANAGEMENT, INC.**

### SUGGESTION OF DEATH — PLAINTIFF

Counsel for Plaintiff suggest upon the record the death of Plaintiff Jimmy Tompkins, which occurred on or about September 7, 2021. It is the position of Plaintiff's counsel that the case can be dismissed without prejudice; Defendants are unopposed to that position.

                Respectfully submitted,

                **SANFORD LAW FIRM, PLLC**
                Kirkpatrick Plaza
                10800 Financial Centre Pkwy, Suite 510
                Little Rock, Arkansas 72211
                Telephone: (800) 615-4946
                Facsimile: (888) 787-2040

                Colby Qualls
                Ark. Bar No. 2019246
                colby@sanfordlawfirm.com

                Josh Sanford
                Ark. Bar No. 2001037
                josh@sanfordlawfirm.com