IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY TOMPKINS**                                                                                              **PLAINTIFF**

v.                                    CASE NO. 4:20-CV-01237-BSM

**K & U PROPERTIES INCORPORATED,** *et al.*                                   **DEFENDANTS**

## ORDER

Pursuant to the suggestion of death [Doc. No 16] and the parties' joint status report [Doc. No. 17], this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE