IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY TOMPKINS**                                                                              **PLAINTIFF**

v.                          **CASE NO. 4:20-CV-01237-BSM**

**K & U PROPERTIES INCORPORATED,** *et al.*                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE